FILED

_Achilles Corelleone_
NAME

_Attols on Parole_
PRISON IDENTIFICATION/BOOKING NO. _Pomona, CA_

_999 Holt Blvd_          _91768_
ADDRESS OR PLACE OF CONFINEMENT

2012 OCT 23  PM 3: 29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

Note:   It is your responsibility to notify the Clerk of Court in writing of any
change of address. If represented by an attorney, provide his name,
address, telephone and facsimile numbers, and e-mail address.

_530_

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

_fee due_

_Achilles Dartanan Corelleone_
FULL NAME (Include name under which you were convicted )
                                         Petitioner,

CASE NUMBER:

# CV12-9109-GW(PJW)
To be supplied by the Clerk of the United States District Court

_State of California, Department_
_of Probation and Parole, CDCR_
_et al.,_
NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER
                                         Respondent.

☐ _____ AMENDED

### PETITION FOR WRIT OF HABEAS CORPUS
### BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION _Los Angeles County_
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number )
CV _CV-11-4122_
CV _____

### INSTRUCTIONS - PLEASE READ CAREFULLY

1.   To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2.   In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a difference California state court, you must file a separate petition.

3.   Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4.   Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum. the grounds for relief from the conviction and/or sentence that you challenge.

5.   You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

6.   You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed _in forma pauperis_ (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

7.   When you have completed the form, send the original and two copies to the following address:
Clerk of the United States District Court for the Central District of California
United States Courthouse
ATTN: Intake/Docket Section
312 North Spring Street
Los Angeles, California 90012

LODGED
CLERK, U.S. DISTRICT COURT

OCT -9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☒ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☒ a parole problem.
4. ☒ other.

## PETITION

1. Venue
   a. Place of detention ___On Parole___
   b. Place of conviction and sentence ___Superior Court Los Angeles Count, Pomona, CA___

2. Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked).*
   a. Nature of offenses involved *(include all counts)* : ___Oral Copulation, Sodomy___

   b. Penal or other code section or sections: ___Penal Code 288a (b)(2), 286 (b)(2)___

   c. Case number: ___KA088493___
   d. Date of conviction: ___February 3, 2010___
   e. Date of sentence: ___February 3, 2010___
   f. Length of sentence on each count: ___5 years, 3 years Count one, 8 months Ct. 2, 8 months Count 3, 8 months Count 4___

   g. Plea *(check one)*:
      ☐ Not guilty
      ☐ Guilty
      ☒ Nolo contendere

   h. Kind of trial *(check one)*:
      ☐ Jury
      ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?   ☒ Yes   ☐ No
   If so, give the following information for your appeal *(and attach a copy of the Court of Appeal decision if available)*:
   a. Case number: ___This is about Parole Conditions & Others___
   b. Grounds raised *(list each)*:
      (1) _____
      (2) _____

(3) _____

(4) _____

(5) _____

(6) _____

  c.  Date of decision: _____

  d.  Result _____

_____

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision?  ☒ Yes  ☐ No

    If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

  a.  Case number: _____

  b.  Grounds raised *(list each)*:

    (1) _____

    (2) _____

    (3) _____

    (4) _____

    (5) _____

    (6) _____

  c.  Date of decision: _____

  d.  Result _____

_____

5. If you did not appeal:

  a.  State your reasons _____

_____

_____

_____

  b.  Did you seek permission to file a late appeal?  ☐ Yes  ☐ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?

  ☒ Yes  ☐ No

    If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

  a.  (1) Name of court: U.S. District, Central District of California

    (2) Case number: CV-11- 4122  GW (PJW)

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: Pending _____

(6) Result Pending _____

(7) Was an evidentiary hearing held?   ☐ Yes   ☒ No

b.   (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?   ☐ Yes   ☐ No

c.   (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?   ☐Yes ☐No

7.  Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

8.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the facts supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

CAUTION:   *Exhaustion Requirement:* In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present all of your grounds to the California Supreme Court.

a.  Ground one: Special Conditions of Parole are Vague, ambiguous, arbitrary, are not reasonably related to offenses & impinge on constitutional Rights

(1) Supporting FACTS: Petitioner was given special Conditions of Parole that are not related to offense, are vauge and do not relate to futer Criminality (See Exhibit A) This is a violation of the 14ᵗʰ amendment U.S.C.A. the 5ᵗʰ, 6ᵗʰ, 14ᵗʰ & 8ᵗʰ U.S.C.A.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☒No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☒No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☒Yes   ☐No

b.  Ground two: Condition to Wear a GPS device does not fit the Criteria of California Law

(1) Supporting FACTS: Petitioner is forced to wear a GPS device even though he is a Law Risk offender under California

Static Risk Assessment (CSRA), Petitioner does not meet
the Criteria under California Penal Codes, this violate
the U.S.C.A 14th & 6th

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☒ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☒ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☒ Yes   ☐ No

c. Ground three: Violation of 14 Amend. U.S.C and 6th amend.
U.S.C.A.

(1) Supporting FACTS: Petitioner is required to register as a sex offender
even though no judge found that the offenses were com-
mitted out of Sexual Compulsion or Gratification as
required under Cal. Penal Code 290.006

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☒ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☒ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☒ Yes   ☐ No

d. Ground four: Penal Code 290.006 violates the 6th amend. because
it allows a Judge to enhance a Sentence, this is a Jury determination

(1) Supporting FACTS: under Cal. Penal Code 290.006 a judge must find
that the offenses are done out of Sexual Compulsion or
Gratification before applying registration, this was not done
nor did I admit to any such. Furthermore this is a
determination that must be made by a jury since it enhances Sentence

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☒ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☒ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☒ Yes   ☐ No

e. Ground five: Violation of 14th Amend. U.S.C., 5th amend.

(1) Supporting FACTS: Being on Parole a person must identify himself
which violates a "Terry" Stop - Even if the person is not
Suspected of Committing or about to Commit a Crime and
makes Conduct which is not Criminal Such as walking
around and is an intrusion upon Personal liberty of Petitioner

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☒ No

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?       ☐ Yes ☐ No

7. Did you file a petition for certiorari in the United States Supreme Court?       ☐ Yes       ☐ No

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

8. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

**CAUTION:** *Exhaustion Requirement:* In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present all of your grounds to the California Supreme Court.

a. Ground ~~One~~ Six: The Petitioners 14th & 6th Amendment U.S.C. have been Violated by the California Courts.

(1) Supporting FACTS: The California Court of Appeal and California Supreme Court Violated California Rules of Court by Just giving a General Denial without reason/Cause and, not ruling upon the Merits of Petitioner's Habeas Corpus Petitions

(2) Did you raise this claim on direct appeal to the California Court of Appeal?       ☐ Yes ☒ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?       ☐ Yes ☒ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?       ☐ Yes ☒ No

b. Ground ~~two~~ 7: _____

(1) Supporting FACTS: _____

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☒ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☒ Yes   ☐ No

9. If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: All have been Presented to the California Supreme Court, attached hereto are the Denials

10. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?
☒ Yes   ☒ No
If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a.  (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?   ☐ Yes ☐ No

b.  (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?    ☐ Yes ☐ No

11. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to
this judgment of conviction?      ☐ Yes    ☐ No

If so, give the following information *(and attach a copy of the petition if available)*:

(1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

12. Are you presently represented by counsel?      ☐ Yes ☐ No

If so, provide name, address and telephone number: _____

_____

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on   9-21-12
                  *Date*

*Achilles Cordleone*
*Signature of Petitioner*

_Achilles Corelleone_
_____
Petitioner,
_State of California, Dept._
_of Probation and Parole, CDCR_
_et, al,_        Respondent(s)

**DECLARATION IN SUPPORT**
**OF REQUEST**
**TO PROCEED**
**IN FORMA PAUPERIS**

I, _Achilles Corelleone_ , declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes  ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐ Yes  ☒ No
   b. Rent payments, interest or dividends?   ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments?   ☐ Yes  ☒ No
   d. Gifts or inheritances?   ☐ Yes  ☒ No
   e. Any other sources?   ☒ Yes  ☐ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _Food Stamps and General Relief_ _221.00 per month, I am Homeless/Transient_

3. Do you own any cash, or do you have money in a checking or savings account?  (*Include any funds in prison accounts*)

   ☐ Yes  ☒ No

If the answer is yes, state the total value of the items owned: _____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

If the answer is yes, describe the property and state its approximate value: _____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: Just Myself

_____

_____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on  9-21-12                    Achilles Corelleone
           ‾‾‾‾‾‾‾‾‾‾‾‾‾                ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
               Date                              Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit

at the _____ institution where he is

confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said

institution: _____

_____

_____

_____                    _____
          Date                                Authorized Officer of Institution/Title of Officer

STATE OF CALIFORNIA                                                                                    DEPARTMENT OF CORRECTIONS
NOTICE AND CONDITIONS OF PAROLE
CDC 1515 (Rev 05/01)

You will be released on parole effective **08/19/2012** for a period of **UNTIL DISCHARGE**. This parole is subject to the following notice and conditions. Should you violate conditions of this parole, you are subject to arrest, suspension and/or revocation of your parole.

You waive extradition to the State of California from any state or territory of the United States or from the District of Columbia. You will not contest any effort to return you to the State of California.

When the Board of Prison Terms determines, based upon psychiatric reasons, that you pose a danger to yourself or others, the Board may, if necessary for psychiatric treatment, order your placement in a community treatment facility or state prison or may revoke your parole and order your return to prison.

You and your residence and any property under your control may be searched without warrant by an agent of the Department of Corrections or any law enforcement officer.

If another jurisdiction has lodged a detainer against you, you may be released to the custody of that jurisdiction. Should you be released from their custody prior to the expiration of your California parole, or should the detainer not be exercised, you are to immediately contact the nearest Department of Corrections, Parole and Community Services Division Office for instructions concerning reporting to a parole agent.

You have been informed and have received in writing the procedure for obtaining a Certificate of Rehabilitation (4852.21PC).

### CONDITIONS OF PAROLE

**SPECIAL CONDITIONS MUST:** a) Relate to the crime for which you were convicted, b) Relate to conduct which is itself criminal, c) Prohibit conduct which may be related to future criminality. You are subject to the following special conditions:

## SEE ADDENDUM.

Reasons for the imposition of special conditions of parole:

## SEE ADDENDUM.

_____ I acknowledge my special conditions of parole.

Parolee's Initials

Signature of Unit Supervisor                                           Date Signed   8/22/12

**2. RELEASE, REPORTING, RESIDENCE AND TRAVEL:** Unless other arrangements are approved in writing, you will report to your parole agent on the first working day following your release. Any change of residence shall be reported to your parole agent in advance. You will inform your parole agent within 72 hours of any change of employment location, employer or termination of employment.

**3. PAROLE AGENT INSTRUCTIONS:** You shall comply with all instructions of your parole agent and will not travel more than 25 miles from your residence without his/her prior approval. You will not be absent from your county of residence for a period of more than 48 hours and not leave the State of California without prior written approval of your parole agent.

**4. CRIMINAL CONDUCT:** You shall not engage in conduct prohibited by law (state, federal, county or municipal). You shall immediately inform your parole agent if you are arrested for a felony or misdemeanor crime. Conduct prohibited by law may result in parole revocation even though no criminal conviction occurs.

**5. WEAPONS:** You shall not own, use, have access to, or have under your control: (a) any type of firearm or instrument or device which a reasonable person would believe to be capable of being used as a firearm; (b) any weapon as defined in state or federal statutes or listed in California Penal Code Section 12020 or any instrument or device which a reasonable person would believe capable of being used as a weapon as defined in Penal Code Section 12020: (c) any knife with a blade longer than two inches, except kitchen knives which must be kept in your residence and knives related to your employment which may be used and carried only in connection with your employment; or (d) a crossbow of any kind.

6. You shall sign this parole agreement containing the conditions of parole specified in Board of Prison Terms (BPT) Rules Section 2512 and any special conditions imposed as specified in BPT Rules Section 2513. Penal Code Section 3060.5 provides that the BPT shall revoke the parole of any prisoner/parolee who refuses to sign the Notice and Conditions of Parole. You have the right to appeal the special conditions of parole. Special conditions imposed by the Parole and Community Services Division may be appealed pursuant to California Code of Regulations (CCR) Section 3084 and 3085. Special conditions of parole imposed by the BPT may be appealed pursuant to CCR, Section 2050.

**I have read or have had read to me and I understand the conditions of parole as they apply to me.**

| CDC NUMBER | PAROLEE NAME (Print or Type) | PAROLEE SIGNATURE | DATE SIGNED |
|---|---|---|---|
| AC4618 | CORELLEONE, ACHILLES | Achilles Corelleone | 8-22-12 |

**TO BE COMPLETED BY STAFF:**

Does the inmate/parolee have a qualifying disability requiring effective communication? ☐ Yes  ☒ No
If yes, cite the source document and/or observations:

_____

What type of accommodation/assistance was provided to achieve effective communication to the best of the inmate's/parolee's ability?

| STAFF NAME (Print or Type) | STAFF SIGNATURE | DATE SIGNED |
|---|---|---|
| KATZ | | 8/22/12 |

STATE OF CALIFORNIA
SPECIAL CONDITIONS OF PAROLE
CDCR 1515 Addendum (Rev 12/10)
Page 1 of 12

DEPARTMENT OF CORRECTIONS AND REHABILITATION
DIVISION OF ADULT PAROLE OPERATIONS

NAME: CORELLEONE, ACHILLES   CDC NUMBER: AC4618   DATE: 08/22/2012

You shall comply with all of the following special conditions while you are on parole. Any exceptions must be approved in writing by the Unit Supervisor.

**SUBSTANCE ABUSE:**

| | | Reason | Initial |
|---|---|---|---|
| ✓ | 1.  You shall provide an anti-narcotic test when instructed to do so by a parole agent. | 1 | AL |
| ✓ | 2.  You shall not consume, possess or have access to any alcoholic beverages, liquors, or over-the-counter medication that contains alcohol; i.e., NyQuil.  You shall provide a urine or breath sample for the purpose of detecting the presence of alcohol. | 2 | AC |
| ✓ | 3.  You shall not enter a business whose primary purpose is to sell or serve alcoholic beverages. | 1 | AL |
| ✓ | 4.  You shall not use, possess, or distribute any narcotic or other controlled substance as defined by law or any paraphernalia related to such substances, without a valid prescription. | 1 | AC |
| | 5.  You shall participate in and successfully complete a Prop 36 county substance abuse program at the direction of your parole agent or the Board of Parole Hearings. | | |
| | 6.  You shall enroll in and successfully complete a substance abuse treatment program as directed by your parole agent. | | |
| | 7.  You shall immediately enroll in and successfully complete 150 days in a residential drug treatment program.  Successful completion, as determined by the Aftercare Successful Completion Team, will result in discharge from parole. | | |

**TREATMENT:**

| | | Reason | Initial |
|---|---|---|---|
| ✓ | 8.  You shall attend Parole Outpatient Clinic (POC) for an initial evaluation and remain in that treatment program as deemed necessary by a POC clinician. | 8 | AC |
| ✓ | 9.  You shall participate in a mental health treatment program as directed by your parole agent. | 8 | AC |
| ✓ | 10. You shall submit to psychological or physiological assessments to assist in treatment planning and/or parole supervision. | 8 | AC |
| ✓ | 11. You shall actively participate in a DAPO-approved treatment program specific to Sex Offenders. | 8 | AC |
| ✓ | 12. You shall report to, enroll in, and actively participate in outpatient sex offender treatment. | 8 | AC |
| ✓ | 13. You hereby agree to waive psychotherapist-patient privilege, and agree to polygraph examinations while in treatment during parole. | 8 | AC |
| ✓ | 14. Upon reporting to outpatient sex offender treatment, you shall sign forms presented by the treatment providers, including an information release form and a *Consent To Polygraph* form. | 8 | AC |

**CONTACT WITH MINORS:**

| | | Reason | Initial |
|---|---|---|---|
| ✓ | 15. You shall have no contact with any minor male you know or reasonably should know is under the age of 18.  "No contact" means no contact in any form, whether direct or indirect, personally, by telephone, by writing, electronic media, computer, or through another person, etc. | 5 | AL |

STATE OF CALIFORNIA
SPECIAL CONDITIONS OF PAROLE
CDCR 1515 Addendum (Rev 12/10)
Page 2 of 12

DEPARTMENT OF CORRECTIONS AND REHABILITATION
DIVISION OF ADULT PAROLE OPERATIONS

NAME: CORELLEONE, ACHILLES       CDC NUMBER: AC4618       DATE: 08/22/2012

| ✓ | 16. You shall not have contact with any minor female you know or reasonably should know is under the age of 18.  "No contact" means no contact in any form, whether direct or indirect, personally, by telephone, by writing, electronic media, computer, or through another person, etc. | 5 | AC |
| ✓ | 17. You shall not have any contact with any minor male you know or reasonably should know is between the ages of 13 and 18.  "No contact" means no contact in any form, whether direct or indirect, personally, by telephone, by writing, electronic media, computer, or through another person, etc. | 5 | AC |
| ✓ | 18. You shall not have any contact with any minor female you know or reasonably should know is between the ages of 13 and 18.  "No contact" means no contact in any form, whether direct or indirect, personally, by telephone, by writing, electronic media, computer, or through another person, etc. | 5 | AC |
| ✓ | 19. You shall immediately inform your parole agent regarding any contact with a minor. This includes "accidental" or "incidental" contact. | 5 | AC |
| ✓ | 20. You shall not enter or loiter within 100 yards of the perimeter of places where children congregate; i.e., day care centers, schools, parks, playgrounds, video arcades, swimming pools, state fairgrounds, county fairgrounds, etc. | 5 | AC |
| ✓ | 21. You shall not enter any park where children regularly gather without prior written approval from your parole agent.  The written approval must be kept with you while you are in the park. | 5 | AC |

**RELATIONSHIPS:**                                                    Reason    Initial

| ✓ | 22. You shall not date, socialize or form a romantic interest or sexual relationship with any person who has physical custody of a minor. | 5 | AC |
| ✓ | 23. You shall inform all persons with whom you have a significant relationship; i.e., employer, dating, roommate, about your criminal history, and you will inform your parole agent about the relationship. | 5 | AC |
|   | 24. You shall inform all persons with whom you have a sexual or romantic relationship, that you have been diagnosed as having a communicable disease. | | |

**VICTIM(S):  (Put in victim's full name; if unable to produce victim's name, supply law
enforcement agency number/DA case number and conviction date(s)**              Reason    Initial

| ✓ | 25. You shall not enter the premises, unnecessarily travel past, or loiter near where your victim frequents, resides, is employed, or attends classes. | 5 | AC |
| ✓ | 26. You shall not contact or attempt to contact your crime victim(s):  LACO CASE#KA088493; COVINA PD; MINOR LAST NAME OF DAUBENSPECK or their immediate families.  "No contact" means no contact in any form, whether direct or indirect, personally, by telephone, by writing, electronic media, computer, or through another person, etc. | 5 | AC |
| ✓ | 27. You shall not threaten, stalk, abuse, harass, or commit further violent acts against the victim(s). | 5 | AC |

STATE OF CALIFORNIA
SPECIAL CONDITIONS OF PAROLE
CDCR 1515 Addendum (Rev 12/10)
Page 3 of 12

DEPARTMENT OF CORRECTIONS AND REHABILITATION
DIVISION OF ADULT PAROLE OPERATIONS

**NAME:** CORELLEONE, ACHILLES     **CDC NUMBER:** AC4618     **DATE:** 08/22/2012

| | | | Reason | Initial |
|---|---|---|---|---|
| ✓ | 28. You shall not have in your possession any of your victim's personal effects; i.e., pictures, letters, etc. | | 5 | |

**ASSOCIATION:**

| | | Reason | Initial |
|---|---|---|---|
| ✓ | 29. You shall not associate with any sex offenders except when approved in writing by your parole agent. | 5 | |
| | 30. You shall not have contact with co-defendants or other arrestees of your offenses. "No contact" means no contact in any form, whether direct or indirect, personally, by telephone, by writing, electronic media, computer, or through another person, etc. | | |

**TRAVEL:**

| | | Reason | Initial |
|---|---|---|---|
| ✓ | 31.   You shall not travel more than _25_ miles from your residence of record. | 5 | |
| | 32.   You shall maintain and have in your possession a travel log which shall include: date and time of departure, destination, time of arrival, mileage, route taken, with whom, and include daily starting and ending mileage.  (Circle all that apply.) | | |
| ✓ | 33.   You shall not hitchhike or pick up hitchhikers. | 5 | |
| ✓ | 34.   You shall not enter or loiter within 100 yards of areas of sexual or pornographic activity; i.e., adult bookstores, massage parlors, nude or topless bars, sex shops, etc. | 5 | |
| ✓ | 35.   You shall not drive or be a passenger in a motor vehicle with female occupants. | 5 | |
| | 36.   You shall not drive or be a passenger in a motor vehicle with male occupants. | | |
| ✓ | 37.   You shall notify your parole agent in advance of operating any motor vehicle, giving the make, model, year, color, and license number. | 5 | |

**EMPLOYMENT:**

| | | Reason | Initial |
|---|---|---|---|
| ✓ | 38.   Employment shall be preapproved by your parole agent. | 5 | |
| ✓ | 39.   You shall not obtain employment that allows you to enter a residence where a stranger resides. | 5 | |
| ✓ | 40.   Volunteer work shall be preapproved by your parole agent. | 5 | |

**RESIDENCE:**

| | | Reason | Initial |
|---|---|---|---|
| ✓ | 41. You shall not reside in a residence with any person also required to register pursuant to PC Section 290, unless he or she is legally related to you by blood, marriage, or adoption. This does not include treatment programs and/or board and care facilities with the appropriate use permit. | 5 | |
| | 42. You shall not reside within **one-half mile** of any public or private school (kindergarten and grades 1 to 12, inclusive) per PC Section 3003(g). | | |
| ✓ | 43. You shall not reside within **2,000 feet** of any public or private school (kindergarten and grades 1 to 12, inclusive), or parks where children regularly congregate per PC Section 3003.5(b). | 5 | |

STATE OF CALIFORNIA
**SPECIAL CONDITIONS OF PAROLE**
CDCR 1515 Addendum (Rev 12/10)
Page 4 of 12

DEPARTMENT OF CORRECTIONS AND REHABILITATION
DIVISION OF ADULT PAROLE OPERATIONS

**NAME:** CORELLEONE, ACHILLES          **CDC NUMBER:** AC4618          **DATE:** 08/22/2012

| | | | |
|---|---|---|---|
| | 44. You shall not reside in the county of _____. | | |
| ✓ | 45. You shall be in your approved residence from 10:00 PM p.m. to 6:00 A.M. a.m. | 5 | AC |
| ✓ | 46. You shall not establish a residence that has not been preapproved by your parole agent. | 5 | AC |
| | 47. You shall not reside within 35 miles of your victim. | | |

**POSSESSIONS:**                                                                 Reason   Initial

| | | Reason | Initial |
|---|---|---|---|
| ✓ | 48. You shall not possess, or have access to any sexually oriented or sexually stimulating objects and/or devices. | 5 | AC |
| ✓ | 49. You shall not view, possess, or have access to any pornographic material; i.e., movies, photographs, drawings, literature, etc. | 5 | AC |
| ✓ | 50. You shall not view, possess, or have access to any material; i.e., periodicals, newspapers, magazines, catalogs, that depict adults or children in undergarments, nude, partially nude, etc. | 5 | AC |
| ✓ | 51. You shall not possess or have access to sexually oriented devices, handcuffs, handcuff keys, restraint equipment, or any other items that could be used for bondage, restraint, control, or confinement. | 5 | AC |
| ✓ | 52. You shall not possess or have access to children's clothing, toys, games, or other similar material related to children's interests. | 5 | AC |
| ✓ | 53. You shall not possess any household pets or animals including animals not traditionally considered household pets; i.e., snakes, lizards, gerbils, farm animals, etc. | 5 | AC |
| ✓ | 54. You shall not use or possess law enforcement identification, insignia, badges, uniforms, or other items identified with law enforcement. | 5 | AC |
| ✓ | 55. You shall not use, possess, or have access to surveillance equipment. | 5 | AC |
| ✓ | 56. You shall not use, possess, or have access to police radio scanners, or other telecommunications device(s) which monitor police radio transmission. | 5 | AC |
| ✓ | 57. You shall not wear, possess, purchase, or have access to costumes, masks, or other identity-concealing items. | 5 | AC |
| ✓ | 58. You shall not use or have access to a post office box, safe deposit box, storage facility, or locker. | 5 | AC |
| | 59. You shall not possess or have access to checks, money orders, or credit cards. | | |
| | 60. You shall not possess or have access to latex, surgical, or any other type of gloves. | | |

STATE OF CALIFORNIA
SPECIAL CONDITIONS OF PAROLE
CDCR 1515 Addendum (Rev 12/10)
Page 5 of 12

DEPARTMENT OF CORRECTIONS AND REHABILITATION
DIVISION OF ADULT PAROLE OPERATIONS

**NAME:** CORELLEONE, ACHILLES    **CDC NUMBER:** AC4618    **DATE:** 08/22/2012

**GANG:**

| | | Reason | Initial |
|---|---|---|---|
| | 61. You shall not contact or associate with any person you know or reasonably should know to be a member or associate of a prison gang, disruptive group, or street gang. | | |
| | 62. You shall not violate any gang abatement injunction, ordinance, or court order. | | |
| | 63. You shall not wear or carry on your person any clothing or apparel with gang colors, signs, symbols, or paraphernalia you know or reasonably should know to be associated with gang affiliation and/or activity. | | |
| | 64. You shall not possess items such as photographs, written material, publications, jewelry, or any other items depicting or describing activity you know or reasonably should know are associated with gang activity. | | |
| | 65. You shall not be within 100 yards of _____, a known place of gang activity, loitering (delaying, lingering, or idling about), or congregating. | | |

**FAMILY VIOLENCE:**

| | | Reason | Initial |
|---|---|---|---|
| | 66. You shall enroll in and successfully complete a certified Batterer's Program. Enrollment shall occur within 30 days from the date of release. | | |
| | 67. You shall enroll in and successfully complete a certified Parenting Program. Enrollment shall occur within 30 days from the date of release. | | |
| | 68. You shall enroll in and successfully complete an Anger Management Program. Enrollment shall occur within 30 days from the date of release or 30 days from the signature of these conditions, whichever occurs last. | | |
| ✓ | 69. You shall not come within 100 yards of the victim, the victim's residence, or the victim's workplace. | 5 | AC |

**GLOBAL POSITIONING SYSTEM (GPS):**

| | | Reason | Initial |
|---|---|---|---|
| ✓ | 70. You shall participate in continuous electronic monitoring, i.e., Global Positioning System (GPS) technology. | 14 | AC |
| ✓ | 71. You may be charged criminally with grand theft, petty theft, or vandalism and be fined for the cost of the equipment's replacement in the event it is not returned, is purposely discarded, stolen, and/or damaged. | 14 | AC |
| | 72. You are approved for a GPS modification: You shall maintain the GPS device on your person or ambulatory device 24 hours a day, 7 days a week, except when showering or sleeping. When showering or sleeping, you must keep the device within reach of your person. | | |
| ✓ | 73. You shall observe a 10:00 PM _____ a.m. / p.m. to 6:00 A.M. _____ a.m. / p.m. curfew and remain within your approved residence. | 14 | AC |
| ✓ | 74. You shall charge the GPS device at least two times per day (every 12 hours). Charge the device at 7:00 _____ a.m. for at least 1 full hour. Charge the device at 7:00 _____ p.m. for at least 1 full hour. You shall charge the GPS device for 1 hour within 10 minutes of receiving a low battery alert. | 14 | AC |

STATE OF CALIFORNIA
**SPECIAL CONDITIONS OF PAROLE**
CDCR 1515 Addendum (Rev 12/10)
Page 6 of 12

DEPARTMENT OF CORRECTIONS AND REHABILITATION
DIVISION OF ADULT PAROLE OPERATIONS

**NAME:** CORELLEONE, ACHILLES          **CDC NUMBER:** AC4618          **DATE:** 08/22/2012

| | | | |
|---|---|---|---|
| ✓ | 75. You shall charge the GPS device at least two times per day (every 12 hours) for at least 1 full hour for each charging time. | 14 | |
| ✓ | 76. You shall not tamper with the device or cover the device with any material that you know or reasonably should know will interfere with the GPS signal. | 14 | |
| ✓ | 77. You shall contact your parole agent immediately if and when the device vibrates and/or makes an audible tone (beep). | 14 | |
| ✓ | 78. You shall not expose the device to extreme temperatures or place it under water; i.e., pool, hot tub, bath, etc. | 14 | |

**PC SECTION 290 TRANSIENT:**          Reason     Initial

| | | | |
|---|---|---|---|
| ✓ | 79. If you are transient, you shall register as a transient and comply with all transient registration requirements pursuant to PC Section 290.011. | 5,9 | |
| ✓ | 80. If you are transient, you shall report to the parole office once a week on M/T/W/TH/F/S/SU. (Circle all that apply.) | 5,9 | |
| ✓ | 81. If you are transient, you shall contact your parole agent and provide him or her with the exact location that you spent the previous night and where you plan on spending the next night. | 5,9 | |
| ✓ | 82. If you are transient, you shall complete a monthly report form each week and give it directly to your parole agent or to the Officer of the Day (if your agent is not in the office). | 5,9 | |
| ✓ | 83. If you are transient, you shall contact your parole agent by telephone between the hours of 8:00 AM _____ and 12:00 PM _____, on M/T/W/TH/F/S/SU. (Circle all that apply.) | 5,9 | |
| ✓ | 84. If you are transient, you shall report to the following destination* on M/T/W/TH/F/S/SU. (Circle all that apply.) * | 5,9 | |

**COMPUTER USE AND ELECTRONIC MEDIA**          Reason     Initial

| | | | |
|---|---|---|---|
| ✓ | 85. You shall not have access to or use a personal computer and peripheral devices. | 5,9 | |
| ✓ | 86. You shall not use or possess cameras, cell phones that include a camera, video cameras, or photography equipment of any kind. | 5,9 | |
| | 87. You shall not use or possess a cell phone of any kind. | | |
| ✓ | 88. You shall agree to install, or allow to be installed at your own expense, equipment and/or software to monitor or limit computer use. | 5,9 | |

STATE OF CALIFORNIA
SPECIAL CONDITIONS OF PAROLE
CDCR 1515 Addendum (Rev 12/10)
Page 7 of 12

DEPARTMENT OF CORRECTIONS AND REHABILITATION
DIVISION OF ADULT PAROLE OPERATIONS

NAME: CORELLEONE, ACHILLES          CDC NUMBER: AC4618     DATE: 08/22/2012

| | | | |
|---|---|---|---|
| ✓ | 89.   You shall not use an electronic bulletin board system, internet relay chat channel, instant messaging, newsgroup, usergroup, peer to peer; i.e., Napster, Gnutella Freenet, etc. This would include any site-base; i.e., Hotmail, Gmail, or Yahoo e-mail, etc., which allows the user to have the ability to surf the internet undetected. | 5,9 | |
| ✓ | 90.   You shall not use the computer for any purpose which might further sexual activity; i.e., possession of sexually explicit material in any form; sexually related "chat" or e-mail exchange; visiting or joining "chat rooms" which contain sexually explicit conversations; visiting/viewing sexually explicit material on web sites; downloading text or video files, digital images in any format, text files or multi-media material that is sexual in nature; or visiting and/or subscribing to usergroups, newsgroups, or list servers which contain sexual content. | 5,9 | |
| ✓ | 91.   You shall not use the computer for any purpose which might further sexual activity involving minor children; i.e., possession of sexually explicit material in any form; sexually related "chat" or e-mail exchange; visiting or joining "chat rooms" which contain sexually explicit conversations; visiting/viewing sexually explicit material on web sites; downloading text or video files, digital images in any format, text files or multi-media material that is sexual in nature; or visiting and/or subscribing to usergroups, newsgroups, or list servers which contain sexual content. | 5,9 | |
| ✓ | 92.   You shall not possess or view certain materials related to, or part of, the grooming cycle for your crime; i.e., images of your victim, stories or images related to your crime or similar crimes, images which depict individuals similar to your victims; e.g., children, stories written about or for individuals similar to your victim, materials focused on the culture of your victim; e.g., children's shows or web sites. | 5,9 | |
| ✓ | 93.   You shall not use any method to hide or prevent unauthorized users from viewing specific data or files; i.e., encryption, cryptography, steganography, compression, password protected files. Log in and password information shall be provided to your parole agent upon request. | 5,9 | |
| ✓ | 94.   You shall not alter or destroy records of computer use; i.e., delete or remove browser history data, possess software or items designed to boot into the memory in the computer, alter or "wipe" computer media, defeat forensic software, block monitoring software, restore a computer to a previous state, or reinstall operating systems, etc. | 5,9 | |
| ✓ | 95.   You shall agree and voluntary consent to announced or unannounced examination and/or search of electronic devices to which you have access for the limited purpose of detecting content prohibited by your conditions of parole or court order; i.e., hard disks, zip disks, floppy diskettes, CD ROMs, optical disks, thumb drives, magnetic tape, and/or any other storage media whether installed within a device or removable and separate from the actual computer device. | 5,9 | |

STATE OF CALIFORNIA
SPECIAL CONDITIONS OF PAROLE
CDCR 1515 Addendum (Rev 12/10)
Page 8 of 12

DEPARTMENT OF CORRECTIONS AND REHABILITATION
DIVISION OF ADULT PAROLE OPERATIONS

NAME: CORELLEONE, ACHILLES     CDC NUMBER: AC4618     DATE: 08/22/2012

| | | Reason | Initial |
|---|---|---|---|
| ✓ | 96.   You shall not view, possess, or have access to television sets or monitors for the purpose of viewing sexually explicit programming. | 5,9 | |
| ✓ | 97.   You shall not view, possess, or have access to Beta, VHS, VHS-C, CD, or DVD media that depicts sexually explicit content. | 5,9 | |

**OTHER:**

| | | Reason | Initial |
|---|---|---|---|
| ✓ | 98.   You shall not place or answer any type of classified personal advertisement seeking or soliciting a relationship with a stranger. | 5,9 | |
| ✓ | 99.   You shall not use or access any telephone numbers designed for sexual arousal or stimulation. | 5,9 | |
| ✓ | 100.  You shall not use any fictitious names or change your name in an attempt to conceal your registered name, conceal your true identity, or establish another identity. | 5,9 | |
| ✓ | 101. If you spend the night away from your residence of record, you shall notify your parole agent in advance.  You shall provide all contact information, including the address and the telephone number. | 4,5 | |
| ✓ | 102. You shall not loiter (to delay, to linger, or to idle about) or be in the vicinity of: COUNTY FAIRS, AMUSEMENT PARKS, CHURCH CARNIVALS ETC. | 4,5 | |
| | 103. Unless you are a resident, you shall not enter or remain on the grounds of a day care or residential facility where elders or dependent adults are regularly present or living (PC 653c). | | |
| | 104. You shall not use any public shower facility, join any health club, physical fitness training facility, or sports club. | | |
| ✓ | 105. You shall wear clothing so as not to expose your genitals, breasts, or buttocks. | 5,9 | |
| ✓ | 106. You shall contact your parole agent within 24 hours of any type of law enforcement contact; i.e., traffic stop, identification check, suspect, witness, etc. | 9,15 | |
| ✓ | 107. You shall have your updated Penal Code 290 registration verification with you at all times.  You must present it during any contact or interaction with any law enforcement officer. | 9,15 | |
| ✓ | 108. You shall observe a  5:00 P.M.  a.m./p.m. to  5:00 A.M.  a.m./p.m. curfew on Halloween and remain within your approved residence. | 5,9 | |
| ✓ | 109. You shall/shall not: You shall not spend the night from your residence of record/transient location without prior approval from your Parole Agent and you shall provide all contact information, including the name and telephone number of all occupants where you intend to stay if permission is granted. | 5,9 | |

STATE OF CALIFORNIA
**SPECIAL CONDITIONS OF PAROLE**
CDCR 1515 Addendum (Rev 12/10)
Page 9 of 12

DEPARTMENT OF CORRECTIONS AND REHABILITATION
DIVISION OF ADULT PAROLE OPERATIONS

**NAME:** CORELLEONE, ACHILLES     **CDC NUMBER:** AC4618     **DATE:** 08/22/2012

| | | |
|---|---|---|
| ✓ | 110. You shall/shall not:<br><br>You shall provide all information, codes, and locations of any and all storage units where you keep your property. You shall provide codes to all electronic equipment under your control; this includes voice mail pass codes, and e-mail pass codes, computer pass codes and cell phone pass code. | 5,9 |
| | 111. Other information: | |
| | 112. Other Information: | |

STATE OF CALIFORNIA
SPECIAL CONDITIONS OF PAROLE
CDCR 1515 Addendum (Rev 12/10)
Page 10 of 12

DEPARTMENT OF CORRECTIONS AND REHABILITATION
DIVISION OF ADULT PAROLE OPERATIONS

NAME: CORELLEONE, ACHILLES          CDC NUMBER: AC4618          DATE: 08/22/2012

| REASONS FOR SPECIAL CONDITIONS OF PAROLE: |
|---|

Special conditions of parole can be imposed if there is a nexus or are reasonably related to the Subject's commitment offense, criminal conduct, and/or future criminality.  A special condition of parole that bars lawful activity is valid only if the prohibited conduct either:

1. Has a relationship to the crime of which the offender was convicted.
2. Is reasonably related to deter future criminality.

Conditions may regulate conduct that is not in itself criminal, but rather reasonably related to future criminality by regulating or prohibiting non-criminal conduct.

| Reason Codes | Description |
|---|---|
| 1 | Subject has a history, supported by an arrest, conviction, or documented admission or pattern of illegal or illicit drug use. |
| 2 | Subject has a history, supported by an arrest, conviction, or documented admission or pattern of alcohol use and/or abuse, where continued use could result in criminal or harmful activity. |
| 3 | Based on factors and circumstances directly related to the Subject's commitment offense(s), the imposition of this condition will assist in the goal of preventing the Subject from committing subsequent criminal offenses under Federal, State, or local law. These factors include: |
| 4 | Based on the nature of the commitment offense(s), a nexus exists between the behavior displayed during the course of committing his or her prior crime(s), and the behavior that is being restricted by imposing this condition. The nature of the commitment offense is described as:<br>Subject met his victim on My Space.  He used the venues of movie theaters & church carnivals to victimize his |
| 5 | Based on previous offense(s) as noted in the Subject's criminal history, the restrictions imposed by this condition will assist in the goal of preventing the Subject from committing subsequent criminal offenses under Federal, State, or local law.  Previous offenses include:<br>LACO CASE# KA088493; COVINA PD; MINOR LAST NAME OF DAUBENSPECK |
| 6 | Based on previous offense(s) as noted in the Subject's probation or parole violation history, the restrictions imposed will assist in the goal of preventing the Subject from committing subsequent criminal offenses under Federal, State, or local law, or additional violation of his or her conditional release. Previous violations include: |
| 7 | Subject has a documented history of psychiatric/psychological illness and/or related symptoms. |
| 8 | Parole Outpatient Clinic referral as required per PC 3002 and/or DAPO PAROLE AGENT policy. |
| 9 | Based on behavior displayed by offenders convicted of similar crimes, or displaying similar criminal behavior, imposition of this condition may regulate conduct that is not in itself criminal, but rather reasonably related to future criminality. |

STATE OF CALIFORNIA
SPECIAL CONDITIONS OF PAROLE
CDCR 1515 Addendum (Rev 12/10)
Page 11 of 12

DEPARTMENT OF CORRECTIONS AND REHABILITATION
DIVISION OF ADULT PAROLE OPERATIONS

NAME:   CORELLEONE, ACHILLES          CDC NUMBER:   AC4618          DATE:   08/22/2012

| | |
|---|---|
| 10 | Based on current federal, State, or local laws, or Regulations cited in the California Code of Regulations, Title 15, as described below, this condition is imposed to ensure compliance with the following laws or regulations: |
| 11 | Based on your lawful requirement to register as a sex offender pursuant to PC 290, and your designation as a High Risk Sex Offender, you are subject to relapse prevention treatment programs pursuant to PC 3008(b). |
| 12 | Subject has a current and/or prior sex offender conviction; therefore, residence is restricted per PC 3003(g), PC 3003.5(b), current and/or prior offense(s), arrests and/or behavior as noted in the parolee's criminal history. |
| 13 | Subject has a documented history which reflects actions of predatory sexual behavior. |
| 14 | GPS/electronic monitor use is authorized for use on Subject by PC 3010, 3010.1, 3010.5, 3010.7. |
| 15 | Other good cause determined by parole agent as the specific condition controls those behaviors associated with Subject's sexual deviancy and sex offender profile behavioral characteristics. |
| 16 | Subject is a validated gang member. |
| 17 | Subject has a documented history of gang involvement/activity/association. |
| 18 | Subject has a current or prior conviction of PC 182.5 and PC 186.22. |
| 19 | Board of Parole Hearings (BPH) imposed Special Conditions of Parole. |
| 20 | Parolee volunteered to participate in the 150-day aftercare program.  This special condition is to be placed on all Treatment Incentive Program participants. |
| 21 | |
| 22 | |

STATE OF CALIFORNIA
**SPECIAL CONDITIONS OF PAROLE**
CDCR 1515 Addendum (Rev 12/10)
Page 12 of 12

DEPARTMENT OF CORRECTIONS AND REHABILITATION
DIVISION OF ADULT PAROLE OPERATIONS

NAME: CORELLEONE, ACHILLES        CDC NUMBER: AC4618        DATE: 08/22/2012

| 23 | |
|----|--|
| 24 | |

| PAROLEE NAME (Type- Last, First, MI) | CDC Number | Parolee's Signature | Date Signed |
|---|---|---|---|
| CORELLEONE, ACHILLES | AC4618 | *Achilles Corellone* | 8-22-12 |

| PAROLE AGENT NAME (Type Name) | Badge Number | Parole Agent's Signature | Date Signed |
|---|---|---|---|
| B. KATZ | 5588 | | 8/22/12 |
| UNIT SUPERVISOR NAME (Type Name) | Badge Number | Unit Supervisor's Signature | Date Signed |
| V. GRAMAJO | 3747 | | 8/22/12 |

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONS AGENCY                                    Jerry Brown, Governor

**DEPARTMENT OF CORRECTIONS**
Foothill GPS Parole Unit
1511 E. Holt Ave.
Ontario, CA 91761
OFFICE:(909) 983-0692



### *TRANSIENT / HOMELESS INSTRUCTIONS*

PAROLEE: *CORELLEONE, ACHILLES*

CDC: *AC 4618*

Having declared yourself to be homeless or transient and without a current Residential Address of Record.   Transient or homeless means **_"a person who has no residence"._**  You **_SHALL_** follow the following instructions:

1. You shall not regularly enter a house, apartment, motel, apartment building, hotels, and homeless shelters that can be located by a street address at any time during each 30-day transient registration period, except, if you are charging you're GPS device no more than two (2) hours, approved employment, business purpose, obtaining care and treatment or other services.

2. You shall report to the Foothill GPS Unit in person once a week starting on __*Tuesday at 1100 AM*__, until you have established a stable residence and complete a monthly report *(don't forget to sign, date, and include the time)*.  You must register every 30 days with the local law enforcement.  Failure to comply with your PC 290 registration requirements will result in a return to custody and possible criminal charges.

3. If you spend at least one full day or night in a house, apartment, motel, apartment building, motels, hotels, and homeless shelters that can be located by a street address, it will be considered you're residence.   The residences must be approved by you're Parole Agent **_prior to you spending a night_** accordance with Jessica Law, **_"You shall not reside within 2000 feet of any public or private school or park where children regularly gather"_**.  You shall register that address within five working days and bring a copy of the PC 290 registration to you're Parole Agent.

This constitutes a specific instruction from your Parole Agent. Failure to comply may and can result as a failure to comply with instructions by your Parole Agent and a warrant issued for your arrest, due to you avoiding Parole Supervision.

_Achilles Corelleone_
*PAROLEE'S SIGNATURE*

*PAROLE AGENT:*

*8-20-12*
*DATE:*

*8/20/12*
*DATE:*

STATE OF CALIFORNIA—DEPARTMENT OF CORRE————NS AND REHABILITATION                    EDMUND G. BROWN JR, GOVERNOR

**DIVISION OF ADULT PAROLE OPERATIONS**
**Foothill GPS Parole Unit**
**1511 E. Holt Blvd., Ontario, Ca. 91761**
**(909) 983-0692 (Office)**
**(909) 984-1502 (Fax)**



NAME: _CORELLEONE, ACHILLES_

CDC#: _AC4618_

GPS TAG#: _12-220279_

# NOTICE TO COMPLY
# RESIDENT RESTRICTIONS

To Whom It May Concern:

Proposition 83, the Sexual Predator Punishment and Control Act, better known as Jessica's Law, was passed by the voters of California on November 7, 2006. Pursuant to Proposition 83 Section 21 amended Penal Code (PC) Section 3003.5 to read in part:

> *(b) Notwithstanding any other provision of the law, it is unlawful for any person for whom registration is required pursuant to Section 290 to reside within 2,000 feet of any public or private school or park where children regularly gather.*

This law will apply to registered sex offenders released from custody on or after November 8, 2006. Based on the passage of this provision, and your release from custody on or after November 8, 2006, you have been served with a Modified Condition of Parole which directs you to comply with this law.

I encourage you to examine your resources and explore your options for an appropriate alternative.

It is critical that you accept responsibility for your compliance with this law, and act properly. Questions concerning this lawful instruction to comply with the law can be directed to your Parole Agent.

_ACHILLES CORELLEONE_
Parolee Print

_Achilles Corellence_  8-20-12
Parolee Signature         Date

_____  8/2c/12
Parole Agent          Date

_____  8/20/12
Unit Supervisor       Date

STATE OF CALIFORNIA — DEPARTMENT OF CORRE_TIONS AND REHABILITATION

**DIVISION OF ADULT PAROLE OPERATIONS**



# SEX OFFENDER
## SPECIAL CONDITION ADDENDUM
## GLOBAL POSITIONING SYSTEM (GPS)

California Penal Code 3010 (a) states that notwithstanding any other provisions of law, the Department of Corrections and Rehabilitation may utilize continuous electronic monitoring to electronically monitor the whereabouts of persons on parole, as provided by this article.

Parolee name: *CORELLEONE, ACHILLES*

CDC #: *AC 4618*

Date enrolled: *8/20/12*

Date un-enrolled: _____

1. You shall participate in GPS monitoring as directed by DAPO until further notice. You shall comply with all zone restrictions, curfew restrictions, equipment charging requirements, and equipment care. You will be charged criminally with either grand theft or petty theft and or fined for the replacement cost of the equipment in the event the equipment is not returned, is lost, stolen and or damaged.

2. **You must charge the device for one full hour – two times each day, and or as instructed by AOR. You must charge the device once every twelve (12) hours.**

   **Charge the device at __AM for at least 1 full hour.**
   **Charge the device at __PM for at least 1 full hour.**

   Charge the device for one full hour if the device vibrates, or if the light is flashing green. Make sure the device is properly installed in the charge. You will hear two (2) clicks when the charger is on the device. While charging the light should be orange or green, this means the charger is properly connected to the device. If the red light comes on and stays on, contact your parole agent immediately, and also charge the device immediately.

3. **Do not tamper with the device or pull on the strap.**
4. **Do not strike or try to open the device.**
5. **Do not attempt to force a boot over the device.**
6. **Do not press the button on the device.**
7. **Do not expose the device to extreme temperatures.**
8. **Do not submerge (place under water) the device into any body of water, such as swimming pools, hot tubs, lakes, and rivers etc.**
9. **When the device makes an audible tone (beeps) and or vibrates you must contact your parole agent immediately.**

I've read and fully understand the above instructions regarding the care, maintenance, and charging of the device.

_Achilles Corelleone_ _____   _8/20/12_
Parolee/Date                                    Agent/Date

S204498

# IN THE SUPREME COURT OF CALIFORNIA

## En Banc

---

In re ACHILLES CORELLEONE on Habeas Corpus.

---

The petition for writ of habeas corpus is denied.

SUPREME COURT
FILED

AUG 2 2 2012

Frank A. McGuire Clerk

_____
Deputy

CANTIL-SAKAUYE
_____
*Chief Justice*

S204499

# IN THE SUPREME COURT OF CALIFORNIA

## En Banc

---

In re ACHILLES CORELLEONE on Habeas Corpus.

---

The petition for writ of habeas corpus is denied.

SUPREME COURT
FILED

AUG 2 2 2012

Frank A. McGuire Clerk

Deputy

CANTIL-SAKAUYE

*Chief Justice*

S204480

# IN THE SUPREME COURT OF CALIFORNIA

## En Banc

---

In re ACHILLES CORELLEONE on Habeas Corpus.

---

The petition for writ of habeas corpus and request for stay are denied.

SUPREME COURT
FILED

AUG 2 2 2012

Frank A. McGuire Clerk

_____
Deputy

CANTIL-SAKAUYE
_____
*Chief Justice*

S198532

# IN THE SUPREME COURT OF CALIFORNIA

SUPREME COURT
FILED

DEC 2 8 2011

Frederick K. Ohlrich Clerk

Deputy

---

ACHILLES CORELLEONE, Petitioner,

v.

SUPERIOR COURT OF LOS ANGELES COUNTY, Respondent;

THE PEOPLE, Real Party in Interest.

---

The above-entitled matter is transferred to the Court of Appeal, Second Appellate District.

**CANTIL-SAKAUYE**

---

*Chief Justice*

S199521

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

---

In re ACHILLES CORELLEONE on Habeas Corpus.

---

The petition for writ of habeas corpus is denied.

SUPREME COURT
FILED

MAY 1 6 2012

Frederick K. Ohlrich Clerk

---

Deputy

CANTIL-SAKAUYE

---

*Chief Justice*



**TERRY NAFISI**
District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8  Los
Angeles, CA  90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Tuesday, October 23, 2012

ACHILLES D. CORELLEONE
999 HOLT BLVD.
POMONA, CA  91768

Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number
CV12- 9109 GW (PJW)

A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case
number _____ and also assigned the civil case number _____

A [ ] Motion for Extension of Time to File Habeas Corpus Petition was filed today on your behalf and
assigned civil case number _____

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
[ ] District Court Judge _____
[X] Magistrate Judge      **Patrick J. Walsh** _____
at the following address:

[X]  U.S. District Court            [ ]  Ronald Reagan Federal            [ ]  U.S. District Court
     312 N. Spring Street                 Building and U.S. Courthouse         3470 Twelfth Street
     Civil Section, Room G-8              411 West Fourth St., Suite 1053      Room 134
     Los Angeles, CA  90012              Santa Ana, CA  92701-4516            Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your
address of record is returned undelivered by the Post Office, and if the Court and opposing counsel
are not notified in writing within fifteen (15) days thereafter of your current address, the Court may
dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: __AMARTINE_____
     Deputy Clerk

CV-17  (06/09)          **LETTER re FILING H/C PETITION or 28/2255 MOTION**



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8  Los
Angeles, CA  90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**TERRY NAFISI**
District Court Executive
and Clerk of Court

Tuesday, October 23, 2012

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

ACHILLES D. CORELLEONE
999 HOLT BLVD.
POMONA, CA  91768

Dear Sir/Madam:

Your petition has been filed and assigned civil case number          CV12- 9109 GW (PJW)

Upon the submission of your petition, it was noted that the following discrepancies exist:

[X] 1. You did not pay the appropriate filing fee of $5.00.  Submit a cashier's check, certified bank
check, business or corporate check, government issued check, or money order drawn on a major
American bank or the United States Postal Service payable to 'Clerk U.S. District Court'.  If
you are unable to pay the entire filing fee at this time, you must sign and complete this
court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its
entirety.  The Clerk's Office will also accept credit cards (Mastercard, Visa, Discover,
American Express) for filing fees and miscellaneous fees.  Credit card payments may be made at
all payment windows where receipts are issued.

[X] 2. The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

[ ] (a) You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.

[ ] (b) Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its
entirety.

[X] (c) You did not submit a Certificate of Prisoner's Funds completed and signed by an authorized
officer at the prison.

[ ] (d) You did not use the correct form.  You must submit this court's current Declaration in
Support of Request to Proceed in Forma Pauperis.

[ ] (e) Other: _____

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in
Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account Form.

Sincerely,

Clerk, U.S. District Court

            AMARTINE

By: _____

            Deputy Clerk

CV-111 (07/06)          **NOTICE re: DISCREPANCIES FOR FILING OF HABEAS CORPUS PETITION**

Achilles Corelleone
999 Holt Ave, Suite D
Pomona, CA
    91768

$2.30
US POSTAGE
FIRST-CLASS
071500758840
91766

Clerk, United States District Court
United States Courthouse
Los Angeles, CA
      90012

2254

Legal
&
Confidential

