UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACHILLES D'ARTGNAN CORELLEONE,<br><br>   Petitioner,<br><br>   v.<br><br>STATE OF CALIFORNIA, ET AL.,<br><br>   Respondents. | CASE NO. CV 12-9109-GW (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   <u>November 3, 2014</u>.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\LA12CV09109GW-J.wpd